**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SARAH TEVONIAN,**

**Plaintiff,**

**v.**

**MEDTRONIC INC., *et al.*,**

**Defendants.**

**Civil Action 2:25-cv-941**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the parties' Joint Motion for Stay and to Vacate Court Ordered Mediation set for October 29, 2026 (ECF No. 42). For good cause shown, the Motion is **GRANTED**. The Court-ordered October 29, 2026 mediation is **VACATED**. Discovery is **STAYED** through **NOVEMBER 23, 2026**. If the parties do not resolve the case at their private mediation scheduled for November 16, 2023, the parties are **ORDERED** to file a joint motion to extend the deadlines for discovery and dispositive motions **ON OR BEFORE NOVEMBER 23, 2026**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE